No. 75–1719. CARLYLE ET AL. v. UNITED STATES;

No. 75–6636. EVANS v. UNITED STATES;

No. 75–6645. NORDSTROM ET AL. v. UNITED STATES;

No. 75–6741. MIZE v. UNITED STATES; and

No. 75–6985. CROUCH v. UNITED STATES. C. A. 7th Cir. Certiorari denied. MR. JUSTICE STEVENS took no part in the consideration or decision of these petitions.

No. 75–1811. IN RE ALLIS. C. A. 9th Cir. Certiorari denied. MR. JUSTICE BRENNAN and MR. JUSTICE STEWART would grant certiorari.